IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEONG HOON HONG, et al.,<br><br>　　　　Defendants.<br>_____/<br>SEONG HOON HONG, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant.<br>_____/ | No. 4:12-cv-02658 CW (NC)<br><br>**ORDER VACATING FURTHER SETTLEMENT CONFERENCE**<br><br><br><br><br><br><br>No. 4:13-cv-00777 YGR (NC |

　　The FDIC's unopposed request to vacate the May 16 settlement conference is case number 4:12-cv-02658 CW is GRANTED. The Court also MODIFIES the settlement conference in 4:13-cv-00777 YGR to be telephonic, for counsel only, commencing May 16 at 1:30 p.m. Counsel shall contact the Courtroom Deputy at 415.522.2039 for dial-in information for the conference.

　　The Court will schedule a further consolidated settlement conference in these cases if and when all the parties and their counsel are committed to exploring settlement.

**IT IS SO ORDERED.**

Dated: May 10, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge