**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SEONG HOON HONG** *et al.*,<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**CHARTIS SPECIALTY INSURANCE COMPANY A/K/A American International Specialty Lines Insurance Company,**<br><br>    **Defendant.** | **Case No.: 13-CV-00777 YGR**<br><br>*SUA SPONTE* **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| **YOUNG HO WON,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**CHARTIS SPECIALTY INSURANCE COMPANY A/K/A American International Specialty Lines Insurance Company,**<br><br>    **Defendant.** | **Case No.: 13-CV-01029 YGR** |
| **SEONG HOON HONG,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**CHARTIS SPECIALTY INSURANCE COMPANY A/K/A American International Specialty Lines Insurance Company,**<br><br>    **Defendant.** | **Case No.: 13-CV-01769 JCS** |

Pursuant to Civil Local Rule 3-12(c), the above cases are hereby referred to the Honorable Judge Claudia Wilken to consider whether they are related to *Federal Deposit Insurance Corp. v. Hong et al.*, Case No.: 12-CV-02658.

Any party wishing to file a statement in support of or opposition to this referral or the underlying motion to relate, *Hong et al. v. Chartis Specialty Insurance Company*, 13-CV-00777, Dkt. No. 17, shall file (and serve on all parties in each of the four actions) its statement by no later than Wednesday, June 5, 2013, after which the matter will be taken under submission.

**IT IS SO ORDERED.**

Date: May 30, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**