IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., | | No. C 12-2658 CW |
|     Plaintiff, | | ORDER RELATING CASES |
|   v. | | |
| SEONG HOON HONG, et al., | | |
|     Defendants. | | |

| | |
|---|---|
| SEONG HOON HONG, et al., | No. C 13-0777 YGR |
|     Plaintiffs, | |
|   v. | |
| CHARTIS SPECIALTY INSURANCE CO., | |
|     Defendant. | |

| | |
|---|---|
| YOUNG HO WON, | No. C 13-1029 YGR |
|     Plaintiff, | |
|   v. | |
| CHARTIS SPECIALTY INSURANCE CO., | |
|     Defendant. | |

| | |
|---|---|
| SEONG HOON HONG, | No. C 13-1769 JCS |
|     Plaintiff, | |
|   v. | |
| CHARTIS SPECIALTY INSURANCE CO., | |
|     Defendant. | |

On May 30, 2013, Judge Yvonne Gonzalez Rogers issued an order asking this Court to consider whether the above-entitled action, Federal Deposit Insurance Corporation v. Hong, et al., Case No. 12-2658 (FDIC action), is related to the following three cases: Hong, et al. v. Chartis Specialty Insurance Co., Case No. 13-0777; Won v. Chartis Specialty Insurance Co., Case No. 13-1029; and Hong v. Chartis Specialty Insurance Co., Case No. C 13-1769. On June 5, 2013, Chartis Insurance Co. filed a timely response to the order of referral asking this Court not to relate the FDIC action to the three later-filed cases. Federal Deposit Insurance Corporation also filed a timely response, stating that it does not oppose relating the cases as long as the court-ordered deadlines and trial dates in the FDIC action remain unchanged. No other parties filed a response to the order.

After reviewing the parties' submissions, the Court now orders the four cases to be related pursuant to Civil Local Rule 3-12. Although Chartis contends that the issues in the FDIC action do not overlap with the issues in the three later-filed cases, the subject matter is sufficiently similar to justify relating the cases in light of the fact that the cases involve so many of the same parties.

Accordingly, the three later-filed cases shall be reassigned to the undersigned judge. The Court shall hold a case management conference in each of the related cases at 2:00 p.m. on Thursday, June 20, 2013 in Courtroom 2 on the fourth floor of 1301 Clay Street, Oakland, California 94612. Counsel are instructed that all future filings in the reassigned cases are to bear the initials of the undersigned judge immediately after the case

2

number. Any dates for hearing noticed motions in the reassigned cases are vacated and must be re-noticed by the moving party before the undersigned judge.

    IT IS SO ORDERED.

Dated: 6/6/2013

    CLAUDIA WILKEN
    United States District Judge