| | |
|---|---|
| 1 | WILLIAM C. MORISON (No. 99981) |
| | wcm@morisonprough.com |
| 2 | PHILIP D. WITTE (No. 112217) |
| | pdw@morisonprough.com |
| 3 | MORISON & PROUGH, LLP |
| | 1550 Parkside Drive, Third Floor |
| 4 | Walnut Creek, CA  94596-8068 |
| | Telephone: (925) 937-9990 |
| 5 | Facsimile: (925) 937-3272 |
| 6 | Attorneys for Defendant |
| | CHARTIS SPECIALTY |
| 7 | INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | Case No. C 12-2658 CW |
| Plaintiff, | STIPULATION REQUESTING ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES IN INSURANCE COVERAGE ACTIONS (L.R. 6-2(a)); DECLARATION OF WILLIAM C. MORISON; [PROPOSED] ORDER |
| vs. | |
| SEONG HOON KONG, et al., | |
| Defendants. | |
| SEONG HOON HONG, et al., | Case No. C 13-0777 CW |
| Plaintiff, | |
| vs. | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |
| YOUNG HO WON, | Case No.: C 13-1029 CW |
| Plaintiff, | |
| vs. | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

- 1 -

STIPULATION REQUESTING ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES
C 12-2658 CW; C 13-777-CW; C 13-1029 CW; C 13-1769 CW

| | |
|---|---|
| SEONG HOON HONG,<br><br>       Plaintiff,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>       Defendant. | Case No.: C 13-1769 CW |

WHEREAS on June 6, 2013, this Court issued an Order determining that the above-referenced actions are "related cases" within the meaning of Local Rule 3-12, and scheduled a Case Management Conference in each of the four related cases for June 20, 2013;

WHEREAS Local Rule 16-10 requires that lead trial counsel for each party attend the initial Case Management Conference;

WHEREAS there has not been an initial Case Management Conference in any of the three insurance coverage actions, *Hong et al v. Chartis Specialty Insurance* Company, Case No. C 13-0777 CW, *Won v. Chartis Specialty Insurance* Company, Case No. C 13-1029 CW, and *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-1769 CW (collectively, "the Coverage Actions"), referenced above, although there has been an initial Case Management Conference in *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. 12-2658 CW ("the Underlying Action");

WHEREAS William C. Morison of Morison & Prough, LLP, lead counsel for defendant Chartis Specialty Insurance Company in the Coverage Actions, is unavailable on June 20, 2013, as he will be attending an all-day, multi-party mediation in another case in San Francisco (*see* Declaration of William C. Morison, ¶ 2, filed concurrently herewith);

WHEREAS, the parties in the Coverage Actions have not yet met and conferred regarding the 20 subjects to be addressed in the Case Management Conference Statements, pursuant to the Standing Order for All Judges of the Northern District of California and Local Rule 16-9, as the earliest Case Management Conference scheduled in any of the three Coverage Actions, before the cases were ordered related, was not until July 15, 2013, in *Won v. Chartis Specialty Insurance*

MORISON & PROUGH, LLP

- 2 -

STIPULATION REQUESTING ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES
C 12-2658 CW; C 13-777-CW; C 13-1029 CW; C 13-1769 CW

*Company*, Case No. C 13-1029;

WHEREAS the parties normally must discuss a proposed discovery plan at least 21 days before the Case Management Conference and must submit a Joint Case Management Conference Statement at least 14 days before the Case Management Conference, neither of which is possible in the Coverage Actions if the Case Management Conference occurs on June 20, 2013;

WHEREAS on June 10, 2013, the Court ordered that a Joint Case Management Conference Statement is due in less than four days on June 13, 2013 – the entire period of which CSIC's representative is unavailable to review, consult on and approve any draft Joint Case Management Conference Statement (*see* Declaration of William C. Morison, ¶ 4);

WHEREAS the parties in the Coverage Actions believe that they will benefit from a brief continuance of the Case Management Conferences to allow the attorneys representing a total of 11 parties in the three Coverage Actions to meet and confer regarding the required subjects, prepare and circulate three draft Joint Case Management Conference Statements, make revisions satisfactory to all parties, and, if agreement can be reached, submit joint statements to the Court (the Federal Deposit Insurance Corporation would not be involved in such meet and confer or scheduling discussions as they relate to the initial Case Management Conferences);

WHEREAS there have been no previous time modifications in any of the Coverage Actions;

WHEREAS the requested continuance of the Case Management Conferences should have little impact on the schedules for the Coverage Actions, as no trial dates or other deadlines have been scheduled; and

WHEREAS the Federal Deposit Insurance Corporation has no objection to a continuance of the Case Management Conferences in the Coverage Actions, although it would strongly object if the Case Management Conference in the Underlying Action, which is a further Case Management Conference and not an initial Case Management Conference, is continued beyond June 20, 2013, the date set by the Court in September 2012;

WHEREAS, the parties in the Coverage Actions do not object to the June 20, 2013 date for the Case Management Conference in the Underlying Action;

- 3 -

MORISON & PROUGH, LLP

STIPULATION REQUESTING ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES
C 12-2658 CW; C 13-777-CW; C 13-1029 CW; C 13-1769 CW

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the Case Management Conferences in the Coverage Actions currently scheduled for June 20, 2013, be continued to July 17 or 18, 2013, or other date suitable for the Court, and that the parties must submit Joint Case Management Conference Statements or individual Case Management Conference Statements in the Coverage Actions 14 days before that date.

Dated:  June 10, 2013			Respectfully submitted,

MORISON & PROUGH, LLP


By: /s/ William C. Morison

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

*Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW; *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW; and *Won v. Chartis Specialty Insurance Company,* Case No. C 13-1029 CW

The undersigned have given authority to counsel for Chartis Specialty Insurance Company to file this Stipulation and [Proposed] Order on their behalf.

- 4 -

STIPULATION REQUESTING ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES
C 12-2658 CW; C 13-777-CW; C 13-1029 CW; C 13-1769 CW

MORISON & PROUGH, LLP

| | | |
|---|---|---|
| 1 | Dated:  June 10, 2013 | KIM, SHAPIRO, PARK & LEE |
| 2 | | |
| 3 | | By: /s/ Steve E. Shapiro |
| 4 | | Attorneys for Plaintiffs in the Coverage Actions and Defendants in the Underlying Action DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG, YONG OH CHOI, TONY HUEY, JUNG KIM and BHUPENDRA PATEL |
| | | *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW |
| 10 | Dated:  June 10, 2013 | PARK & SYLVA |
| | | By: /s/ Daniel E. Park |
| | | Attorneys for Plaintiff SEONG HOON HONG |
| | | *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW |
| 16 | Dated:  June 10, 2013 | NASSIRI & JUNG, LLP |
| | | By: /s/ Kassra P. Nassiri |
| | | Attorneys for Plaintiff YOUNG HO WON |
| | | *Won v. Chartis Specialty Insurance Company*, Case No. C 13-1029 CW |

MORISON & PROUGH, LLP

- 5 -

STIPULATION REQUESTING ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES
C 12-2658 CW; C 13-777-CW; C 13-1029 CW; C 13-1769 CW

Dated:  June 10, 2013                                NIXON PEABODY LLP


                                                     By: /s/ Anthony J. Barron

                                                     Attorneys for Plaintiff
                                                     FEDERAL DEPOSIT INSURANCE
                                                     CORPORATION AS RECEIVER
                                                     FOR INNOVATIVE BANK

                                                     *Federal Deposit Insurance Corporation
                                                     as Receiver for Innovative Bank*, Case No.
                                                     C 12-2658 CW


## [PROPOSED] ORDER

Pursuant to Stipulation and the accompanying Declaration of William C. Morison, it is ordered that the Case Management Conference in the three Coverage Actions is continued to July 18, 2013.  The parties to the Coverage Actions are to submit Joint Case Management Conference Statements or individual Case Management Conference Statements no later than 7 days before that date.  The date of the Case Management Conference in *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. 12-2658 CW, remains June 20, 2013.


Dated:  6/11/2013                                    _____
                                                     United States District Court Judge


152006v2