WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA  94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEONG HOON HONG, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. C 13-777 CW<br><br>STIPULATION REQUESTING ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CROSS-MOTIONS FOR SUMMARY JUDGMENT (L.R. 6-2(a)); ORDER |
| YOUNG HO WON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. C 13-1029 CW |
| SEONG HOON HONG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. C 13-1769 CW |

- 1 -

WHEREAS a case management conference for the three related captioned actions and the hearing of the parties' cross-motions for summary judgment are set for November 7, 2013;

WHEREAS a joint mediation of the three related captioned actions and the related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C 12-2658 CW, is scheduled to take place on November 5, 2013, before the Hon. James L. Warren (Ret.) at the San Francisco office of JAMS; and

WHEREAS, the outcome of that mediation and any additional settlement negotiations that follow may obviate the need for a case management conference and the hearing of the cross-motion for summary judgment;

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the case management conference and the hearing of the cross-motions for summary judgment in the captioned actions currently scheduled for November 7, 2013, be continued to November 21, 2013, or other date suitable for the Court, and that the parties must submit a Joint Case Management Statement or individual Case Management Statements at least seven days before that date.

Dated:  October 31, 2013                    Respectfully submitted,

MORISON & PROUGH, LLP

By: /s/ William C. Morison

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

*Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW; *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW; and *Won v. Chartis Specialty Insurance Company,* Case No. C 13-1029 CW

| | |
|---|---|
| Dated: October 31, 2013 | KIM, SHAPIRO, PARK & LEE |
| | By: /s/ Steve E. Shapiro |
| | Attorneys for Plaintiffs in the Coverage Actions and Defendants in the Underlying Action DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG, YONG OH CHOI, TONY HUEY, JUNG KIM and BHUPENDRA PATEL |
| | *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW |
| Dated: October 31, 2013 | PARK & SYLVA |
| | By: /s/ Daniel E. Park |
| | Attorneys for Plaintiff SEONG HOON HONG |
| | *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW |
| Dated: October 31, 2013 | NASSIRI & JUNG, LLP |
| | By: /s/ Kassra P. Nassiri |
| | Attorneys for Plaintiff YOUNG HO WON |
| | *Won v. Chartis Specialty Insurance Company*, Case No. C 13-1029 CW |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/4/2013                                                     [signature]
                                                         United States District Court Judge

152683

- 3 -