| | |
|---|---|
| 1 | WILLIAM C. MORISON (No. 99981) |
|   | wcm@morisonprough.com |
| 2 | PHILIP D. WITTE (No. 112217) |
|   | pdw@morisonprough.com |
| 3 | MORISON & PROUGH, LLP |
|   | 2540 Camino Diablo, Suite 100 |
| 4 | Walnut Creek, CA  94597 |
|   | Telephone: (925) 937-9990 |
| 5 | Facsimile: (925) 937-3272 |
| 6 | Attorneys for Defendant |
|   | CHARTIS SPECIALTY |
| 7 | INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEONG HOON HONG, et al., | ) | Case No. C 13-777 CW |
| | ) | |
| Plaintiffs, | ) | STIPULATION REQUESTING ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCES (L.R. 6-2(a)); ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| YOUNG HO WON, | ) | Case No. C 13-1029 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SEONG HOON HONG, | ) | Case No. C 13-1769 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS on November 15, 2013, the parties in the three captioned actions and the related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C 12-2658 CW, as well as a separate, related matter, reached a settlement in principle of those actions and matters;

WHEREAS the parties have been diligently exchanging drafts of the settlement agreements and negotiating numerous terms;

WHEREAS, due to the complexity of the issues, the number of parties involved (at least 13), and the number of law firms representing various parties (at least seven), the parties have not yet found language for the settlement agreements acceptable to all parties;

WHEREAS, at the request of counsel for the parties, a conference call with the Hon. James L. Warren (Ret.), who negotiated the settlement in principle, has been scheduled for <u>Tuesday, February 25, 2014</u> – the day before the scheduled Case Management Conference in this case -- with counsel for all parties in the three coverage actions and counsel for the FDIC participating, to attempt to reach agreement regarding the final terms of the settlement agreements;

WHEREAS, the settlement of these actions and matters will obviate the need for case management conferences;

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the case management conferences in the captioned actions currently scheduled for February 26, 2014, be continued an additional 28 days to March 26, 2014, or other date suitable for the Court, and that the parties must submit a Joint Case Management Statement or individual Case Management Statements at least seven days before that date.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| Dated: February 25, 2014 | Respectfully submitted, |
| | MORISON & PROUGH, LLP |
| | |
| | By: /s/ William C. Morison |
| | Attorneys for Defendant<br>CHARTIS SPECIALTY<br>INSURANCE COMPANY |
| | *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW; *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW; and *Won v. Chartis Specialty Insurance Company,* Case No. C 13-1029 CW |

The undersigned have given authority to counsel for Chartis Specialty Insurance Company to file this Stipulation Requesting Order To Further Continue Case Management Conferences.

| | |
|---|---|
| Dated: February 25, 2014 | KIM, SHAPIRO, PARK & LEE |
| | |
| | By: /s/ Steve E. Shapiro |
| | Attorneys for Plaintiffs in the Coverage Actions and Defendants in the Underlying Action<br>DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG, YONG OH CHOI, TONY HUEY, JUNG KIM and BHUPENDRA PATEL |
| | *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW |

| | | |
|---|---|---|
| 1 | Dated: February 25, 2014 | PARK & SYLVA |
| 2 | | |
| 3 | | By: /s/ Daniel E. Park |
| 4 | | Attorneys for Plaintiff |
| 5 | | SEONG HOON HONG |
| 6 | | *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW |
| 7 | | |
| 8 | Dated: February 25, 2014 | NASSIRI & JUNG, LLP |
| 9 | | |
| 10 | | By: /s/ Kassra P. Nassiri |
| 11 | | Attorneys for Plaintiff |
| 12 | | YOUNG HO WON |
| 13 | | *Won v. Chartis Specialty Insurance Company*, Case No. C 13-1029 CW |

PURSUANT TO STIPULATION, IT IS SO ORDERED **except that the case management conference will be held on April 2, 2014, at 2:00 p.m.**

Dated: 2/25/2014

_____
United States District Court Judge

153225

- 4 -

STIPULATION TO FURTHER CONTINUE CM; [PROPOSED] ORDER
C 13-777-CW; C 13-1029 CW; C 13-1769 CW

MORISON & PROUGH, LLP