| | |
|---|---|
| 1 | WILLIAM C. MORISON (No. 99981) |
|  | wcm@morisonprough.com |
| 2 | PHILIP D. WITTE (No. 112217) |
|  | pdw@morisonprough.com |
| 3 | MORISON & PROUGH, LLP |
|  | 2540 Camino Diablo, Suite 100 |
| 4 | Walnut Creek, CA  94597 |
|  | Telephone: (925) 937-9990 |
| 5 | Facsimile: (925) 937-3272 |

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEONG HOON HONG, et al., | ) | Case No. C 13-777 CW |
|  | ) |  |
| Plaintiffs, | ) | STIPULATION REQUESTING ORDER |
|  | ) | TO FURTHER CONTINUE CASE |
| vs. | ) | MANAGEMENT CONFERENCES (L.R. |
|  | ) | 6-2(a));  [PROPOSED] ORDER |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| YOUNG HO WON, | ) | Case No. C 13-1029 CW |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| SEONG HOON HONG, | ) | Case No. C 13-1769 CW |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

- 1 -

1    WHEREAS on November 15, 2013, the parties in the three captioned actions and the
2  related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C 12-
3  2658 CW, as well as a separate, related matter, reached a settlement in principle of those actions
4  and matters;

5    WHEREAS the parties have been exchanging drafts of the settlement agreements and
6  negotiating numerous terms;

7    WHEREAS, due to the complexity of the issues, the number of parties involved (at least
8  13), and the number of law firms representing various parties (at least seven), the parties have not
9  yet found language for the settlement agreements acceptable to all parties;

10    WHEREAS, at the request of counsel for the parties, a conference call with the Hon.
11  James L. Warren (Ret.), who negotiated the settlement in principle, took place on February 25,
12  2014, with counsel for all parties in the three coverage actions and counsel for the FDIC
13  participating, to address the final terms of the settlement agreements;

14    WHEREAS, on March 20, 2014, more than a month after Chartis Specialty Insurance
15  Company's counsel forwarded a draft of one of the settlement agreements to the FDIC's counsel,
16  the FDIC's counsel sent its proposed revisions to that draft to Chartis Specialty Insurance
17  Company's counsel, whose client is now reviewing it; and

18    WHEREAS, the settlement of these actions and matters will obviate the need for case
19  management conferences;

20    IT IS HEREBY STIPULATED by and between the parties through their designated
21  counsel that the case management conferences in the captioned actions currently scheduled for
22  April 2, 2014, be continued to June 4, 2014, at 2:00 p.m., to coincide with the proposed date and
23  time of the case management conference in *Federal Deposit Insurance Corporation v. Hong et*
24  *al.*, or other date suitable for the Court, and that the parties must submit a Joint Case Management
25  Statement or individual Case Management Statements at least seven days before that date.
26  / / /
27  / / /
28  / / /

Dated:  March 26, 2014                          Respectfully submitted,

                                                MORISON & PROUGH, LLP

                                                By: /s/ William C. Morison

                                                Attorneys for Defendant
                                                CHARTIS SPECIALTY
                                                INSURANCE COMPANY

                                                *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW; *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW; and *Won v. Chartis Specialty Insurance Company,* Case No. C 13-1029 CW

        The undersigned have given authority to counsel for Chartis Specialty Insurance Company to file this Stipulation Requesting Order To Further Continue Case Management Conferences.

Dated:  March 26, 2014                          KIM, SHAPIRO, PARK & LEE

                                                By: /s/ Steve E. Shapiro

                                                Attorneys for Plaintiffs in the Coverage Actions and Defendants in the Underlying Action
                                                DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG, YONG OH CHOI, TONY HUEY, JUNG KIM and BHUPENDRA PATEL

                                                *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW

| | | |
|---|---|---|
| 1 | Dated:  March 26, 2014 | PARK & SYLVA |
| 2 | | |
| 3 | | By: /s/ Daniel E. Park |
| 4 | | Attorneys for Plaintiff |
| 5 | | SEONG HOON HONG |
| 6 | | *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW |
| 7 | | |
| 8 | Dated:  March 26, 2014 | NASSIRI & JUNG, LLP |
| 9 | | |
| 10 | | By: /s/ Kassra P. Nassiri |
| 11 | | Attorneys for Plaintiff |
| 12 | | YOUNG HO WON |
| 13 | | *Won v. Chartis Specialty Insurance Company*, Case No. C 13-1029 CW |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  3/31/2014

_____
United States District Court Judge

153400

- 4 -

STIPULATION TO FURTHER CONTINUE CM; [PROPOSED] ORDER
C 13-777-CW; C 13-1029 CW; C 13-1769 CW