WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA 94597
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEONG HOON HONG, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. C 13-777 CW<br><br>STIPULATION REQUESTING ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCES (L.R. 6-2(a));   ORDER |
| YOUNG HO WON,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. C 13-1029 CW |
| SEONG HOON HONG,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. C 13-1769 CW |

WHEREAS on November 15, 2013, the parties in the three captioned actions and the related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C 12-2658 CW, as well as a separate, related matter, reached a settlement in principle of those actions and matters;

WHEREAS the parties have been exchanging drafts of the settlement agreements and negotiating numerous terms;

WHEREAS, due to the complexity of the issues, the number of parties involved (at least 13), and the number of law firms representing various parties (at least seven), the parties have not yet found language for the settlement agreements acceptable to all parties;

WHEREAS, on May 22, 2014, counsel for Chartis Specialty Insurance Company and for the FDIC participated in person, and counsel for plaintiffs in *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW, participated by phone, in a nine-hour mediation session before the Hon. James L. Warren (Ret.), who negotiated the settlement in principle, to address the final terms of the settlement agreements;

WHEREAS, significant progress toward final resolution was made at the mediation;

WHEREAS, the settlement of these actions and matters will obviate the need for case management conferences; and

WHEREAS, the parties greatly appreciate the Court's patience in this matter;

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the case management conferences in the captioned actions currently scheduled for June 4, 2014, be continued to August 6, 2014, at 2:00 p.m., or other date suitable for the Court, and that the parties must submit a Joint Case Management Statement or individual Case Management Statements at least seven days before that date.

///
///
///
///
///

Dated: May 22, 2014

Respectfully submitted,

MORISON & PROUGH, LLP

By: /s/ William C. Morison

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

*Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW; *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW; and *Won v. Chartis Specialty Insurance Company*, Case No. C 13-1029 CW

The undersigned have given authority to counsel for Chartis Specialty Insurance Company to file this Stipulation Requesting Order To Further Continue Case Management Conferences.

Dated: May 22, 2014

KIM, SHAPIRO, PARK & LEE

By: /s/ Steve E. Shapiro

Attorneys for Plaintiffs in the Coverage Actions and Defendants in the Underlying Action
DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG, YONG OH CHOI, TONY HUEY, JUNG KIM and BHUPENDRA PATEL

*Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW

| | | |
|---|---|---|
| 1 | Dated: May 22, 2014 | PARK & SYLVA |
| 3 | | By: /s/ Daniel E. Park |
| 4 | | Attorneys for Plaintiff |
| 5 | | SEONG HOON HONG |
| 6 | | *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW |
| 8 | Dated: May 22, 2014 | NASSIRI & JUNG, LLP |
| 10 | | By: /s/ Kassra P. Nassiri |
| 11 | | Attorneys for Plaintiff |
| 12 | | YOUNG HO WON |
| 13 | | *Won v. Chartis Specialty Insurance Company*, Case No. C 13-1029 CW |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  5/28/2014                                   _____
                                                    United States District Court Judge

153728