WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA 94597
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEONG HOON HONG, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHARTIS SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. C 13-777 CW <br><br> STIPULATION REQUESTING ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCES (L.R. 6-2(a)); [~~PROPOSED~~] ORDER |
| YOUNG HO WON, <br><br> Plaintiff, <br><br> vs. <br><br> CHARTIS SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. C 13-1029 CW |
| SEONG HOON HONG, <br><br> Plaintiff, <br><br> vs. <br><br> CHARTIS SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. C 13-1769 CW |

C

| | |
|---|---|
| 1 | WHEREAS on November 15, 2013, the parties in the three captioned actions and the related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C 12-2658 CW, as well as a separate, related matter, reached a settlement in principle of those actions and matters; |

WHEREAS on November 15, 2013, the parties in the three captioned actions and the related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C 12-2658 CW, as well as a separate, related matter, reached a settlement in principle of those actions and matters;

WHEREAS the parties in all of the actions have agreed to the terms of the settlement agreements in those actions;

WHEREAS one of the individual plaintiffs in one of the captioned actions passed away earlier this month, leaving a wife and son, and resulting in a delay in obtaining an authorized signature on his behalf on the settlement agreements;

WHEREAS the parties anticipate that the settlement agreements will be fully executed in the near future;

WHEREAS, the settlement of these actions and matters will obviate the need for case management conferences; and

WHEREAS, the parties greatly appreciate the Court's patience in this matter;

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the case management conferences in the captioned actions currently scheduled for July 30, 2014, be continued to September 17, 2014, at 2:00 p.m., or other date suitable for the Court, and that the parties must submit a Joint Case Management Statement or individual Case Management Statements at least seven days before that date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: July 28, 2014                    Respectfully submitted,

                                        MORISON & PROUGH, LLP


                                        By: /s/ William C. Morison

                                           Attorneys for Defendant
                                           CHARTIS SPECIALTY
                                           INSURANCE COMPANY

                                           *Hong et al. v. Chartis Specialty
                                           Insurance Company*, Case No.
                                           C 13-777 CW; *Hong v. Chartis
                                           Specialty Insurance Company*,
                                           Case No. C 13-01769 CW; and
                                           *Won v. Chartis Specialty Insurance
                                           Company,* Case No. C 13-1029 CW

    The undersigned have given authority to counsel for Chartis Specialty Insurance Company to file this Stipulation Requesting Order To Further Continue Case Management Conferences.

Dated: July 28, 2014                    KIM, SHAPIRO, PARK & LEE


                                        By: /s/ Steve E. Shapiro

                                           Attorneys for Plaintiffs in the
                                           Coverage Actions and Defendants
                                           in the Underlying Action
                                           DAVID CHIU, JUNG MIN MOK,
                                           SANGCHOL AN, CHANG K.
                                           CHANG, YONG OH CHOI,
                                           TONY HUEY, JUNG KIM and
                                           BHUPENDRA PATEL

                                           *Hong et al. v. Chartis Specialty
                                           Insurance Company*, Case No. C 13-777 CW

- 3 -

STIPULATION TO FURTHER CONTINUE CM; [PROPOSED] ORDER
C 13-777-CW; C 13-1029 CW; C 13-1769 CW

| | | |
|---|---|---|
| Dated: July 28, 2014 | | PARK & SYLVA |

By: /s/ Daniel E. Park

    Attorneys for Plaintiff
    SEONG HOON HONG

    *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW

Dated: July 28, 2014        NASSIRI & JUNG, LLP

By: /s/ Kassra P. Nassiri

    Attorneys for Plaintiff
    YOUNG HO WON

    *Won v. Chartis Specialty Insurance Company*, Case No. C 13-1029 CW

Dated: July 28, 2014        R. KINGSBURY LANE CORP.

By: /s/ Robert K. Lane

    Attorneys for Plaintiff
    HARRY CHOI

    *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   7/29/2014                                                     _____
                                                                           United States District Court Judge

153979