| | |
|---|---|
| 1 | WILLIAM C. MORISON (No. 99981) |
| 2 | wcm@morisonprough.com<br>PHILIP D. WITTE (No. 112217) |
| 3 | pdw@morisonprough.com<br>MORISON & PROUGH, LLP |
| 4 | 2540 Camino Diablo, Suite 100<br>Walnut Creek, CA  94597 |
| 5 | Telephone: (925) 937-9990<br>Facsimile: (925) 937-3272 |
| 6 | Attorneys for Defendant |
| 7 | CHARTIS SPECIALTY<br>INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEONG HOON HONG, et al., | Case No. C 13-777 CW |
| Plaintiffs, | JOINT FURTHER CASE MANAGEMENT STATEMENT AND ORDER |
| vs. | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | Date: September 17, 2014<br>Time: 2:00 p.m.<br>Courtroom: 2 |
| Defendant. | Judge: Hon. Claudia Wilken |
| YOUNG HO WON, | Case No. C 13-1029 CW |
| Plaintiff, | |
| vs. | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |
| SEONG HOON HONG, | Case No. C 13-1769 CW |
| Plaintiff, | |
| vs. | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

- 1 -

JOINT FURTHER CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
C 13-777-CW; C 13-1029 CW; C 13-1769 CW

The parties jointly submit this Joint Further Case Management Statement and [Proposed] Order pursuant to the Standing Order for All Judges of the Northern District of California, dated July 1, 2011, Civil Local Rule 16-10(d), and Federal Rule of Civil Procedure 26(f).  This Further Joint Case Management Statement reports progress and changes since the Further Joint Case Management Statement, filed on February 19, 2014, and makes proposals for the remainder of the case development process.

The parties have agreed to the terms of the settlement agreements in each of the above-captioned actions, the action captioned *Federal Deposit Insurance Corporation as Receiver for Innovative Bank v. Hong et al.*, N.D. Cal. Case No. C 12-2658 CW ("the FDIC Action"), and a related bond claim.  Harry Choi, one of the individual plaintiffs in one of the captioned actions, passed away on June 30, 2014, resulting in a delay in obtaining an authorized signature on his behalf on the settlement agreements.  His widow filed a petition for confirmation of property belonging to the surviving spouse, including the chose in action arising from and comprising the three captioned actions and the related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C 12-2658 CW, set for hearing on October 14, 2014, in the Contra Costa County Superior Court, Case No. P14-01110.  The widow is expected to sign the settlement agreements on behalf of her late husband upon the Contra Costa County Superior Court entering the widow's proposed order confirming that such property passes to her.  The parties anticipate that the settlement agreements will be fully executed shortly thereafter.

In light of these developments, the parties propose that the Case Management Conference be postponed to October 29, 2014, or other date suitable for the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated:  September 10, 2014 | Respectfully submitted, |
| | MORISON & PROUGH, LLP |
| | |
| | By: /s/ William C. Morison |
| | Attorneys for Defendant<br>CHARTIS SPECIALTY<br>INSURANCE COMPANY |
| | *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW; *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW; and *Won v. Chartis Specialty Insurance Company,* Case No. C 13-1029 CW |

The undersigned have given authority to counsel for Chartis Specialty Insurance Company to file this Joint Further Case Management Statement and [Proposed] Order.

| | |
|---|---|
| Dated:  September 10, 2014 | KIM, SHAPIRO, PARK & LEE |
| | |
| | By: /s/ Steve E. Shapiro |
| | Attorneys for Plaintiffs in the Coverage Actions and Defendants in the Underlying Action<br>DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG, YONG OH CHOI, TONY HUEY, JUNG KIM and BHUPENDRA PATEL |
| | *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW |
| Dated:  September 10, 2014 | PARK & SYLVA |
| | |
| | By: /s/ Daniel E. Park |
| | Attorneys for Plaintiff<br>SEONG HOON HONG |
| | *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW |

| | | |
|---|---|---|
| 1 | Dated:  September 10, 2014 | NASSIRI & JUNG, LLP |
| 2 | | |
| 3 | | By: /s/ Kassra P. Nassiri |
| 4 | | Attorneys for Plaintiff<br>YOUNG HO WON |
| 5 | | |
| 6 | | *Won v. Chartis Specialty Insurance Company*, Case No. C 13-1029 CW |
| 7 | | |
| 8 | Dated:  September 10, 2014 | R. KINGSBURY LANE CORP. |
| 9 | | |
| 10 | | By: /s/ Robert K. Lane |
| 11 | | Attorneys for Plaintiff<br>HARRY CHOI |
| 12 | | *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW |
| 13 | | |

## ORDER

The above JOINT FURTHER CASE MANAGEMENT STATEMENT AND PROPOSED ORDER is approved as the Further Case Management Order for these cases and all parties shall comply with its provisions. In addition, the Court makes the further orders stated below: **The case management conference will be held on November 5, 2014, at 2:00 p.m.**

IT IS SO ORDERED.

Dated: **9/11/2014**

_____
United States District Court Judge

154144