| | |
|---|---|
| 1 | WILLIAM C. MORISON (No. 99981) |
| | wcm@morisonprough.com |
| 2 | PHILIP D. WITTE (No. 112217) |
| | pdw@morisonprough.com |
| 3 | MORISON & PROUGH, LLP |
| | 2540 Camino Diablo, Suite 100 |
| 4 | Walnut Creek, CA  94597 |
| | Telephone: (925) 937-9990 |
| 5 | Facsimile: (925) 937-3272 |

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEONG HOON HONG, et al., | ) | Case No. C 13-777 CW |
| | ) | |
| Plaintiffs, | ) | STIPULATION REQUESTING ORDER |
| | ) | TO FURTHER CONTINUE CASE |
| vs. | ) | MANAGEMENT CONFERENCES (L.R. |
| | ) | 6-2(a)); [PROPOSED] ORDER |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| YOUNG HO WON, | ) | Case No. C 13-1029 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SEONG HOON HONG, | ) | Case No. C 13-1769 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

1  WHEREAS on November 15, 2013, the parties in the three captioned actions and the
2  related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C 12-
3  2658 CW, as well as a separate, related matter, reached a settlement in principle of those actions
4  and matters;

5  WHEREAS the parties in all of the actions have agreed to the terms of the settlement
6  agreements in those actions;

7  WHEREAS one of the individual plaintiffs in one of the captioned actions passed away on
8  June 30, 2014, leaving a wife and son, and resulting in a delay in obtaining an authorized
9  signature on his behalf on the settlement agreements;

10  WHEREAS on October 14, 2014, the Contra Costa County Superior Court, Case No. P14-
11  01110, granted the widow's petition for confirmation of property belonging to the surviving
12  spouse, including the chose in action arising from and comprising the three captioned actions and
13  the related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C
14  12-2658 CW;

15  WHEREAS the parties anticipate that the settlement agreements will be fully executed by
16  the end of October, after which certain terms of the agreements will need to be fulfilled, including
17  the filing of notices of dismissal;

18  WHEREAS, the settlement of these actions and matters will obviate the need for case
19  management conferences; and

20  WHEREAS, the parties greatly appreciate the Court's patience in this matter;

21  IT IS HEREBY STIPULATED by and between the parties through their designated
22  counsel that the case management conferences in the captioned actions currently scheduled for
23  November 5, 2014, be continued to December 10, 2014, at 2:00 p.m., or other date suitable for
24  the Court, and that the parties must submit a Joint Case Management Statement or individual
25  Case Management Statements at least seven days before that date.

26  / / /
27  / / /
28  / / /

Dated:  October 24, 2014          Respectfully submitted,

                                  MORISON & PROUGH, LLP


                                  By: /s/ William C. Morison

                                  Attorneys for Defendant
                                  CHARTIS SPECIALTY
                                  INSURANCE COMPANY

                                  *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW; *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW; and *Won v. Chartis Specialty Insurance Company,* Case No. C 13-1029 CW

    The undersigned have given authority to counsel for Chartis Specialty Insurance Company to file this Stipulation Requesting Order To Further Continue Case Management Conferences.

Dated:  October 24, 2014          KIM, SHAPIRO, PARK & LEE


                                  By: /s/ Steve E. Shapiro

                                  Attorneys for Plaintiffs in the
                                  Coverage Actions and Defendants
                                  in the Underlying Action
                                  DAVID CHIU, JUNG MIN MOK,
                                  SANGCHOL AN, CHANG K.
                                  CHANG, YONG OH CHOI,
                                  TONY HUEY, JUNG KIM and
                                  BHUPENDRA PATEL

                                  *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW

Dated:  October 24, 2014          PARK & SYLVA

                                  By: /s/ Daniel E. Park

                                  Attorneys for Plaintiff
                                  SEONG HOON HONG

                                  *Hong v. Chartis Specialty Insurance Company*,
                                  Case No. C 13-01769 CW

Dated:  October 24, 2014          NASSIRI & JUNG, LLP

                                  By: /s/ Kassra P. Nassiri

                                  Attorneys for Plaintiff
                                  YOUNG HO WON

                                  *Won v. Chartis Specialty Insurance Company*,
                                  Case No. C 13-1029 CW

Dated:  October 24, 2014          R. KINGSBURY LANE CORP.

                                  By: /s/ Robert K. Lane

                                  Attorneys for Plaintiff
                                  HARRY CHOI

                                  *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   10/29/2014                _____
                                   United States District Court Judge

154323