| | |
|---|---|
| 1 | WILLIAM C. MORISON (No. 99981) |
| | wcm@morisonprough.com |
| 2 | PHILIP D. WITTE (No. 112217) |
| | pdw@morisonprough.com |
| 3 | MORISON & PROUGH, LLP |
| | 2540 Camino Diablo, Suite 100 |
| 4 | Walnut Creek, CA  94597 |
| | Telephone: (925) 937-9990 |
| 5 | Facsimile: (925) 937-3272 |
| 6 | Attorneys for Defendant |
| | CHARTIS SPECIALTY |
| 7 | INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEONG HOON HONG, et al., | ) | Case No. C 13-777 CW |
| | ) | |
| Plaintiffs, | ) | STIPULATION REQUESTING ORDER |
| | ) | TO FURTHER CONTINUE CASE |
| vs. | ) | MANAGEMENT CONFERENCES (L.R. |
| | ) | 6-2(a)); [~~PROPOSED~~] ORDER |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| YOUNG HO WON, | ) | Case No. C 13-1029 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SEONG HOON HONG, | ) | Case No. C 13-1769 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

- 1 -

1  WHEREAS on November 15, 2013, the parties in the three captioned actions and the
2  related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C 12-
3  2658 CW, as well as a separate, related matter, reached a settlement in principle of those actions
4  and matters;

5  WHEREAS the parties have circulated what they believe are the final drafts of the
6  settlement agreements in those actions;

7  WHEREAS most but not all of the parties have signed the settlement agreements;

8  WHEREAS the parties anticipate that the settlement agreements will be fully executed in
9  the next two weeks, after which certain terms of the agreements will need to be fulfilled,
10 including the filing of notices of dismissal;

11 WHEREAS, the settlement of these actions and matters will obviate the need for case
12 management conferences; and

13 WHEREAS, the parties greatly appreciate the Court's patience in this matter;

14 IT IS HEREBY STIPULATED by and between the parties through their designated
15 counsel that the case management conferences in the captioned actions currently scheduled for
16 December 10, 2014, be continued to January 14, 2015, at 2:00 p.m., or other date suitable for the
17 Court, and that the parties must submit a Joint Case Management Statement or individual Case
18 Management Statements at least seven days before that date.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Dated: November 26, 2014      Respectfully submitted,

MORISON & PROUGH, LLP


By: /s/ William C. Morison

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

*Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW; *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW; and *Won v. Chartis Specialty Insurance Company,* Case No. C 13-1029 CW

The undersigned have given authority to counsel for Chartis Specialty Insurance Company to file this Stipulation Requesting Order To Further Continue Case Management Conferences.

Dated: November 26, 2014      KIM, SHAPIRO, PARK & LEE


By: /s/ Steve E. Shapiro

Attorneys for Plaintiffs in the Coverage Actions and Defendants in the Underlying Action
DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG, YONG OH CHOI, TONY HUEY, JUNG KIM and BHUPENDRA PATEL

*Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW

| | | |
|---|---|---|
| 1 | Dated:  November 26, 2014 | PARK & SYLVA |
| 2 | | |
| 3 | | By: /s/ Daniel E. Park |
| 4 | | Attorneys for Plaintiff<br>SEONG HOON HONG |
| 5 | | |
| 6 | | *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW |
| 7 | | |
| 8 | Dated:  November 26, 2014 | NASSIRI & JUNG, LLP |
| 9 | | |
| 10 | | By: /s/ Kassra P. Nassiri |
| 11 | | Attorneys for Plaintiff<br>YOUNG HO WON |
| 12 | | |
| 13 | | *Won v. Chartis Specialty Insurance Company*, Case No. C 13-1029 CW |
| 14 | | |
| 15 | Dated:  November 26, 2014 | R. KINGSBURY LANE CORP. |
| 16 | | |
| 17 | | By: /s/ Robert K. Lane |
| 18 | | Attorneys for Plaintiff<br>HARRY CHOI |
| 19 | | *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  12/1/2014

_____
United States District Court Judge

154506