WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA 94597
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEONG HOON HONG, et al., | ) | Case No. C 13-777 CW |
| | ) | |
| Plaintiffs, | ) | STIPULATION REQUESTING ORDER |
| | ) | TO FURTHER CONTINUE CASE |
| vs. | ) | MANAGEMENT CONFERENCES (L.R. |
| | ) | 6-2(a)); ~~[PROPOSED]~~ ORDER |
| CHARTIS SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| YOUNG HO WON, | ) | Case No. C 13-1029 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARTIS SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SEONG HOON HONG, | ) | Case No. C 13-1769 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARTIS SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

- 1 -

1   WHEREAS on November 15, 2013, the parties in the three captioned actions and the
2   related action captioned *Federal Deposit Insurance Corporation v. Hong et al.*, Case No. C 12-
3   2658 CW, as well as a separate, related matter, reached a settlement in principle of those actions
4   and matters;
5   WHEREAS all of the parties have signed the settlement agreements in those actions;
6   WHEREAS within approximately 30 days the terms of the agreements will be fulfilled,
7   including the filing of notices of dismissal;
8   WHEREAS, the settlement of these actions and matters will obviate the need for case
9   management conferences; and
10  WHEREAS, the parties greatly appreciate the Court's patience in this matter;
11  IT IS HEREBY STIPULATED by and between the parties through their designated
12  counsel that the case management conferences in the captioned actions currently scheduled for
13  January 14, 2015, be continued to February 18, 2015, at 2:00 p.m., or other date suitable for the
14  Court, and that the parties must submit a Joint Case Management Statement or individual Case
15  Management Statements at least seven days before that date.

16  Dated:  January 7, 2015                    Respectfully submitted,

17                                             MORISON & PROUGH, LLP

18

19                                             By: /s/ William C. Morison

20                                             Attorneys for Defendant
                                               CHARTIS SPECIALTY
21                                             INSURANCE COMPANY

22                                             *Hong et al. v. Chartis Specialty
                                               Insurance Company*, Case No.
23                                             C 13-777 CW; *Hong v. Chartis
                                               Specialty Insurance Company*,
24                                             Case No. C 13-01769 CW; and
                                               *Won v. Chartis Specialty Insurance
25                                             Company,* Case No. C 13-1029 CW

26

27  The undersigned have given authority to counsel for Chartis Specialty Insurance Company
28  to file this Stipulation Requesting Order To Further Continue Case Management Conferences.

MORISON &
PROUGH, LLP

1

2    Dated:  January 7, 2015              KIM, SHAPIRO, PARK & LEE

3

4                                   By: /s/ Steve E. Shapiro

5                                   Attorneys for Plaintiffs in the

6                                   Coverage Actions and Defendants
in the Underlying Action

7                                   DAVID CHIU, JUNG MIN MOK,
SANGCHOL AN, CHANG K.
CHANG, YONG OH CHOI,

8                                   TONY HUEY, JUNG KIM and
BHUPENDRA PATEL

9

10                                  *Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW

11

12   Dated:  January 7, 2015              PARK & SYLVA

13

14                                   By: /s/ Daniel E. Park

15                                   Attorneys for Plaintiff
SEONG HOON HONG

16

17                                   *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW

18

19   Dated:  January 7, 2015              NASSIRI & JUNG, LLP

20

21                                   By: /s/ Kassra P. Nassiri

22                                   Attorneys for Plaintiff
YOUNG HO WON

23

24                                   *Won v. Chartis Specialty Insurance Company*, Case No. C 13-1029 CW

25

26

27

28

1

2    Dated:  January 7, 2015              R. KINGSBURY LANE CORP.

3
                                         By: /s/ Robert K. Lane
4
                                         Attorneys for Plaintiff
5                                        HARRY CHOI

6                                        *Hong et al. v. Chartis Specialty*
                                         *Insurance Company*, Case No. C 13-777 CW
7

8

9

10   PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12
     Dated:   _____1/7/2015_____         _____
13                                             United States District Court Judge

14
     154634
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Morison &
Prough, LLP