STEVEN E. SHAPIRO, ESQ. (SBN 152659)
sshapiro@kspllaw.com
JOHN P. LEE, ESQ. (SBN 144062)
jlee@kspllaw.com
Kim, Shapiro, Park & Lee
A Professional Law Corporation
3435 Wilshire Boulevard, Suite 2050
Los Angeles, CA 90010
Tel: (213) 380-9200
Fax: (213) 380-9302

Attorneys for Plaintiffs
DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG, YONG OH CHOI, TONY HUEY, JUNG KIM AND BHUPENDRA PATEL

# DISTRICT COURT OF THE UNITED STATES

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K. CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY a/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: C 13-777 CW<br><br>STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

WHEREAS the parties herein have reached a settlement in this matter;

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that this action be dismissed in its entirety with prejudice and that the parties bear their own costs and attorney's fees.

Dated: January 22, 2015

Respectfully submitted,

KIM, SHAPIRO, PARK & LEE

By: /s/ Steven E. Shapiro

Attorneys for Plaintiffs
DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG, YONG OH CHOI, TONY HUEY, JUNG KIM and BHUPENDRA PATEL

The undersigned have given authority to counsel for Plaintiffs to file this stipulation and proposed order.

Dated: January 22, 2015

MORISON & PROUGH, LLP

By: /s/ William C. Morison

Attorneys for Defendant
CHARTIS SPECIALTY INSURANCE COMPANY

FOR GOOD CAUSE, this action is dismissed in its entirety with prejudice. The parties shall bear their own costs and attorney's fees.

Dated: 1/23/2015

_____
United States District Court Judge